## MARVIN v. STATE.
No. 26417.

Court of Criminal Appeals of Texas.

May 6, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The offense is driving a motor vehicle upon a public road while intoxicated; the punishment, a fine of $100.

No statement of facts or bills of exception are brought forward in the record. All proceedings appear to be regular.

The judgment is affirmed.